UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUDY TEDFORD, as representative of
all females of Defendant who have
been denied promotion based
on their sex,

Case No. 04-10335-BC

Honorable Thomas L. Ludington

      Plaintiff,

v.

MONUMENTAL LIFE INSURANCE COMPANY,

      Defendant.
_____/

## ORDER STRIKING THE PARTIES' "STIPULATION FOR A PROTECTIVE ORDER"

On March 14, 2007, the parties filed a document captioned "Stipulation for a Protective Order." Filing a stipulation, rather than submitting it to the Court, violates the Electronic Filing Policies and Procedures of the Eastern District of Michigan R11.

Accordingly, it is **ORDERED** that the parties' stipulation [dkt # 21] is **STRICKEN**. The Clerk is directed to remove the image from the docket.

                      s/Thomas L. Ludington
                      THOMAS L. LUDINGTON
                      United States District Judge

Dated: March 19, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 19, 2007.

                s/Tracy A. Jacobs